UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. Case No.: 6:26-mj-001933-LHP

XIADONG HE

_________________________________/

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

Because the above named defendant has testified under oath or has otherwise satisfied this Court that he: (1) is unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

**ORDERED** that the Federal Public Defender is appointed to represent the above named defendant in this case. The defendant may be required to contribute to the cost of this representation depending on circumstances to be determined at a later date.

**DONE** and **ORDERED** in Orlando Florida on August 11, 2026.

Leslie Hoffman Price
LESLIE HOFFMAN PRICE
UNITED STATE MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record