**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No: 6:26-mj-1933**

**XIAODONG HE,**

**Defendant.**
_______________________________________/

# NOTICE OF APPEARANCE

The Office of the Federal Defender has been appointed by the Court to represent Defendant, Xiaodong He, in the above-styled cause.

The Clerk is requested to enter the appearance of Katherine Puzone, Assistant Federal Defender, as counsel for the Defendant.

Dated this 11th day of August 2026.

Charles L. Pritchard, Jr.
Federal Defender, MDFL

*/s/Katherine Puzone*
Katherine Puzone, Esq.
Assistant Federal Defender
Florida Bar No. 94491
201 South Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: katherine_puzone@fd.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that undersigned electronically filed the foregoing *Notice of Appearance* with the Clerk of Court (CM/ECF) by using the CM/ECF system which will send a notice of electronic filing to Richard Varadan, Assistant United States Attorney, this 11th day of August 2026.

*/s/Katherine Puzone*
Attorney for Defendant