UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 6:26-mj-1933-LHP

XIAODONG HE

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by Gregory W. Kehoe, United States Attorney for the Middle District of Florida, hereby respectfully requests that the Clerk of Court substitute the undersigned as government counsel for Assistant United States Attorney Richard Varadan.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: */s/ Rachel S. Acosta*
Rachel S. Acosta
Special Assistant United States
Attorney USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov

**U.S. v. XIAODONG HE** **Case No. 6:26-mj-1933-LHP**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Katherine Puzone
Counsel for defendant

*/s/ Rachel S. Acosta*
Rachel S. Acosta
Special Assistant United States
Attorney USA No. 215
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Facsimile: (407) 648-7643
E-mail: Rachel.Lyons@usdoj.gov