FILED - USDC - FLMD - ORL
AUG 17 2026 AM11:05

AO 442 (Rev. 11/11) Arrest Warrant

FID-2001111

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

RECEIVED USMS ORLANDO
2026 AUG 7 PM3:55

United States of America
v.
XIAODONG HE

*Defendant*

Case No. 6:26-mj- 1933

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* XIAODONG HE,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Violation of National Defense Airspace, in violation of 49 U.S.C. § 46307.
Operating aircraft without an airman's certificate, in violation of 49 U.S.C. § 46306(b)(7).

Date: 8/7/26

Leslie Hoffman Price
*Issuing officer's signature*

City and state: Orlando, Florida

HON. LESLIE HOFFMAN PRICE, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 8/7/26, and the person was arrested on *(date)* 8/8/26
at *(city and state)* Brooklyn, NY.

Date: 8/8/26

[signature]
*Arresting officer's signature* ICE Arrest

Byron Hector Villegas
*Printed name and title*