**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CLERK'S MINUTES**

| | | | |
|---|---|---|---|
| **CASE NO:** | **6:26-mj-1933-LHP** | **DATE:** | **August 25, 2026** |
| **HONORABLE LESLIE HOFFMAN PRICE** | | **INTERPRETER:** | **Yan Li** |
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**XIADONG HE** | | **LANGUAGE:** | **Mandarin** |
| | | **ASSISTANT U.S. ATTORNEY:**<br>**Richard Varadan** | |
| | | **DEFENSE COUNSEL:**<br>**Aziza Hawthorne** | |
| **COURT REPORTER:** | **DIGITAL** | **DEPUTY CLERK:** | **Edward Jackson** |
| **TIME** 11:15-11:26 | **TOTAL:** 11 mins | **PRETRIAL:** | **Juan Cabrera** |
| | | **COURTROOM:** | **5D** |

**PROCEEDINGS: STATUS CONFERENCE**

(✓) Case called; appearances taken; procedural setting by the Court.

(✓) The Interpreter was sworn.

(✓) Issues were addressed.